UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ASHLEY SUTFIN                                                                                          PLAINTIFF

V.                                          No. 3:22-CV-54-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 10th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE