UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ASHLEY SUTIFN                                                            PLAINTIFF

V.                               No. 3:22-CV-54-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

Before the Court is Plaintiff Ashley Sutfin's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 21; Doc. 22*. The Motion is unopposed. *Doc. 23*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$2,879.24** (which sum includes 9.25 attorney hours incurred in 2022–23 at an hourly rate of $237; 6.5 paralegal hours at an hourly rate of $100; and expenses of $21.99).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 21*) is GRANTED.

Plaintiff is awarded **$2,879.24** in fees and **$21.99** in expenses under the EAJA.[1]

SO ORDERED, this 31st day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.